BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
Office of Program Litigation, Division 7
  6401 Security Boulevard
  Baltimore, Maryland 21235
  Telephone: (510) 970-4830
  Facsimile: (415) 744-0134
  E-mail: marla.letellier@ssa.gov

JS-6

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CRISTINA SUZANNE PARKER,

    Plaintiff,

    v.

FRANK BISIGNANO,
   Commissioner of Social Security,

    Defendant.

CASE NO. 2:25-cv-00740-MAA

[~~PROPOSED~~] JUDGMENT OF REMAND

[PROPOSED] JUDGMENT                          CASE NO. 2:25-cv-00740-MAA

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. Section 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated: 5/22/2025

_____
HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] JUDGMENT                                CASE NO. 2:25-cv-00740-MAA